[No. 5017.   Decided December 12, 1904.]

R. W. BARTO, *Assignee, Appellant,* v. SARAH E.
STANLEY, *Respondent.*[1]

APPEAL—REVIEW—STATEMENT OF FACTS. An order refusing to
vacate the satisfaction of a judgment, made after a hearing, can
not be reviewed on appeal where the facts on which it was based
are not brought up by a statement of facts.

Appeal from an order of the superior court for King
county, Morris, J., entered November 21, 1903, deny-
ing an application to cancel the satisfaction of a judg-
ment, after a hearing before the court without a jury.
Affirmed.

*W. F. Hays,* for appellant.

*William Martin* and *W. A. Keene,* for respondent.

PER CURIAM.—The appellant, being the assignee of
a judgment against Sarah E. Stanley, satisfied the same
of record on the payment to him of a sum of money less
than the face of the judgment.   Later on he applied to
the court asking that the satisfaction be vacated, and
that he have execution for the balance he claimed to
be due on the judgment.   A hearing was subsequently
had on the application, at which the court refused to
cancel the satisfaction entered, or to allow execution to
issue for the balance claimed to be due.   This appeal is
taken from that order.

The order must be affirmed.   The record on the part
of the appellant consists merely of a transcript of the
records of the lower court, which show the application,
the order denying it, and the proceedings relating to

[1]Reported in 78 Pac. 791.

the appeal. No attempt has been made to bring into this court the facts shown to the court on which the order appealed from is based, and, without this evidence before us, we cannot pass upon the correctness of the order. On the face of the record, the order was one which the trial court has power to make, and it is presumed to be regular, in the absence of a showing to the contrary. The order appealed from is affirmed.